UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BROWN,<br>   Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A.,<br>   Defendant. | Case No. 17-cv-06127-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

This civil action was filed on October 25, 2017. (Dkt. No. 1.) At that time the Court set an initial Case Management Conference for January 25, 2018 and advised Plaintiff to serve a consent or declination to magistrate judge jurisdiction within 14 days. (Dkt. No. 3.) When Plaintiff did not file a consent or declination within 14 days, she was again instructed on November 21, 2017 to file a consent or declination to proceed before this Magistrate Judge, this time by December 5, 2017. (Dkt. No 4.) When Plaintiff did not meet that deadline, she was instructed on January 8, 2018 to file a consent or declination by January 22, 2018. (Dkt. No. 5.) Plaintiff again failed to follow the Court's orders and she also failed to appear for the Case Management Conference on January 25, 2018. And she has not otherwise communicated with the Court.

Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiff's failure to appear for the Case Management Conference. Plaintiff shall appear and show cause on February 8, 2018 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall submit a written response to this Order by February 1, 2018 showing cause as to why this action should not be dismissed for failure to prosecute. Failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

The Court encourages Plaintiff to seek free assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102 or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612. Plaintiff can make an appointment in person or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: January 26, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge